UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS HUMERTO BARBOSA<br>REG. 29500-053 Unit 5803<br>FCI Fort Dix - West<br>P.O. Box 7000<br>Fot Dix, N.J. 086400<br>　　　　　Plaintiff - Pro Se<br>　v.<br><br>JANICE G. McLEOD, Senior Counsel<br>U.S. Department of Justice<br>Office of Information and Privacy<br>Washington, D.C. 20530<br><br>　　　　　Defendant. | Civil Action No. 06-0867 (CKK)<br>(ECF) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MERCEDEH MOMENI
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　(202) 305-4851
　　　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of June, 2006, I caused the foregoing Praecipe to be served on plaintiff, postage prepaid, addressed as follows:

LUIS HUMERTO BARBOSA
REG. 29500-053
FCI-Fort Dix - West
P.O. Box 7000
Fort Dix, NJ 08640

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851