UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS HUMERTO BARBOSA             ) | |
|                            **Plaintiff - Pro Se**     ) | |
|     **v.**                                                ) | |
|                                                                    ) | Civil Action No. 06-0867 (CKK) |
|                                                                    ) | (ECF) |
| **JANICE G. McLEOD, Senior Counsel**   ) | |
| **U.S. Department of Justice**               ) | |
| **Office of Information and Privacy**      ) | |
|                                                                    ) | |
|                             **Defendant.**             ) | |
|                                                                    ) | |

**MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, United States Department of Justice,[1] hereby moves for a thirty-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint, through and including August 23, 2006. Good cause exists to grant this motion.

    1. Defendant's answer to Plaintiff's Complaint is due on July 24, 2006. See USDC Pacer, Dkt. Entry No. 7.

    2. Defendant requires additional time to prepare and file an answer or otherwise respond to the Complaint. This time is primarily needed because the schedule of lead counsel for Defendant has recently included the drafting and filing of a motion to dismiss and for summary judgment in the matter of Mahida v. USCIS, Civil Action No. 06-0185 (CKK), as well as settlement negotiations in the matter of Kalinoski v. Gutierrez, Civil Action No. 04-1205 (JDB) in addition to managing her regular caseload.

---

[1] In this purported Freedom of Information Act ("FOIA") and Privacy Act case, plaintiff names an individual as the defendant. Because FOIA cases may only be brought against an "agency,"(see 5 U.S.C. § 552(a)(4)(B)) the agency will not object to the substitution of the appropriate defendant, the U.S. Department of Justice. If the Plaintiff intends to sue the Ms. McLeod in her individual capacity however, Ms. McLeod does not waive any applicable defenses. 1

3.  Defendant therefore requests thirty additional days to submit its answer or otherwise respond to the Complaint.

4. This is the first extension sought of this deadline.

5. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion.  Undersigned counsel, therefore, has not obtained his position as to the relief requested.[2]

WHEREFORE, defendant requests that this enlargement be granted, and that the date for the answer or response be extended to August 23, 2006.  A minute order is requested.

Dated: July 20, 2006.

                                          Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2006, I caused the foregoing Motion to be served on Plaintiff, postage prepaid, addressed as follows:

LUIS HUMERTO BARBOSA
REG. 29500-053
FCI-Fort Dix - West
P.O. Box 7000
Fort Dix, NJ 08640

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851