UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUIS HUMBERTO BARBOSA )
REG. 29500-053 UNIT 5803 )
FCI FORT DIX - WEST )
P.O. BOX 7000 )
FORT DIX, N.J. 08640 )
)
      Plaintiff-Pro Se ) Civil Action No.: 06-0867 (CKK)
) (ECF)
  Vs. )
)
U.S. DEPARTMENT OF JUSTICE )
OFFICE OF INFORMATION AND PRIVACY )
WASHINGTON, D.C. 20530 )
)
      Defendant. )
)

**RECEIVED**
JUL 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, Luis Humberto Barbosa, pursuant to Rule 15(a) Fed.R. Civ.P., requests leave to amend his complaint deleting the name of "JANICE G. McLEOD, Senior Counsel," leaving the U.S. DEPARTMENT OF JUSTICE as the only defendant.

The plaintiff in his original complaint named Janice G. McLeod as one of the defendants. Since the filing of the complaint the plaintiff has determined the "Janice G. McLeod, Senior Counsel" should be deleted leaving the U.S. DEPARTMENT OF JUSTICE as the only defendant in the complaint.

This court should grant leave freely to amend the caption of the original complaint and remain the U.S. DEPARTMENT OF JUSTICE as the only defendant, and to delete paragraph number "4" of the complaint.

**WHEREFORE**, plaintiff requests that the court grant this change in the caption, naming only the U.S. Department of Justice as the only

defendant in the complaint.

Respectfully submitted,

Executed on 7/26, 2006.

Luis Humberto Barbosa, Pro Se

## CERTIFICATE OF SERVICE

I, Luis H. Barbosa, hereby certify that on 7/26, 2006, I caused the foregoing Motion to be served, via pre-paid first class postage, to the party listed below.

MERCEDEH MOMENI
Assistance United States Attorney
555 4th Street, NW
Washington, D.C. 20530

Respectfully submitted,

Luis Humberto Barbosa, Pro Se

-2-