UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS HUMERTO BARBOSA )<br>Plaintiff - Pro Se, )<br>v. )<br>)<br>)<br>UNITED STATES )<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0867 (CKK)<br>(ECF) |

**MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, United States Department of Justice, hereby moves for a thirty-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint, through and including September 22, 2006. Good cause exists to grant this motion.

1. Defendant's answer to Plaintiff's Complaint is due on August 23, 2006.

2. Defendant requires additional time to prepare and file an answer or otherwise respond to the Complaint. This extension is needed because the Agency requires additional time to retrieve certain documents and prepare affidavits.

3. Defendant therefore requests thirty additional days to submit its answer or otherwise respond to the Complaint.

4. This is the second extension sought of this deadline.

5. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the answer or response be extended to September 22, 2006. A minute order is requested.

Dated: August 21, 2006.

                              Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530

---

Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2006, I caused the foregoing Motion to be served on Plaintiff, postage prepaid, addressed as follows:

LUIS HUMERTO BARBOSA
REG. 29500-053
FCI-Fort Dix - West
P.O. Box 7000
Fort Dix, NJ 08640

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851