UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS HUMERTO BARBOSA           ) | |
|              Plaintiff - Pro Se,    ) | |
| v.                             ) | |
|                              ) | Civil Action No. 06-0867 (CKK) |
|                              ) | (ECF) |
| United States Department of Justice,  ) | |
|                              ) | |
|             Defendant.        ) | |

**MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITVE
MOTION IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, United States Department of Justice, hereby moves for a three-week extension of time to file its dispositive motion in response to Plaintiff's Amended Complaint, through and including October 13, 2006. Good cause exists to grant this motion.

1. Defendant's answer to Plaintiff's Amended Complaint is due on September 22, 2006.

2. Defendant requires additional time to prepare and file a dispositive motion in response to the Amended Complaint. This extension is needed because the Agency forwarded the declaration with attachments needed to draft the dispositive motion today, September 21, 2006.

3. Defendant therefore requests three additional weeks to submit its dispositive motion in response to the Amended Complaint.

4. This is the third extension sought of this deadline.

5. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties.

WHEREFORE, defendant requests that this enlargement be granted, and that the date for the answer or response be extended to October 13, 2006.  A minute order is requested.

Dated: September 21, 2006.

                                              Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

---

Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2006, I caused the foregoing Motion to be served on Plaintiff, postage prepaid, addressed as follows:

LUIS HUMERTO BARBOSA
REG. 29500-053
FCI-Fort Dix - West
P.O. Box 7000
Fort Dix, NJ 08640

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851