Mercedeh Momeni, AUSA
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Dated: 9/12/2006

Re: <u>Luis H. Barbosa v. U.S. Department Of Justice</u>
    <u>Civil Case No.: CA 06-0867 GK</u>
    DEA FOIA Request No.: 05-0995-P

Dear Mss. Momeni:

    I am in receipt of a correspondence from Mr. William C. Little, Jr., Senior Attorney to the Drug Enforcement Administration of the department of Justice dated August 31, 2006, in which he had enclosed portions of the material sought under the above referenced case (see attachment).

    Pages 85, 88, 89, 90, and 91 pertain to an unrelated case not the one at bar (CK-98-0095). they due not form part of 39 pages originally withheld. Please be advised that the following pages to the records sought are still to be produced and released, including the chemical breakdown and signature produced as result of the analysis conducted by the laboratory. These are the pages that still to be produced and released: 6, 7, 13, 14, 22, 28, 37, 40, 41, 42, 44, 45, 46, 47, 48, 49, 50, 51, 52, 57, 58, 59, 60, 61, 62, and 63.

                                Sincerely,

                                Luis H. Barbosa #29500-053
                                FCI Fort Dix - West, Unit 5903
                                P.O. Box 7000
                                Fort Dix, New Jersey 08640

Cc: Clerk of the Court
    U.S. District Court for
    the District of Columbia
    U.S. Courthouse
    333 Constitution Ave., N.W.
    Washington, D.C. 20001

**RECEIVED**

SEP 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U. S. Department of Justice**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

*www.dea.gov*

Mr. Luis H. Barbosa
#29500-053
FCI Fort Dix
P.O. Box 7000
Fort Dix, NJ 08640

AUG 3 1 2006

Re: *Luis H. Barbosa v. Janice McLeod et al.*   CA 06-0867 GK
    DEA FOIA Request No. 05-0995-P

Dear Mr. Barbosa:

Enclosed please find portions of 22 pages of material, responsive to your Freedom of Information Privacy Act/Request dated May 28, 2005, that is the subject of the above entitled litigation. The pages consist of pages 8, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 24, 34, 35, 36, 43, 85, 88, 89, 90, and 91. Information is withheld on these pages pursuant to Freedom of Information Exemptions (b)(2), (b)(7)(C), (b)(7)(D), and (b)(7)(F), and Privacy Act (j)(2).

This release is made pursuant to a litigation review. It was determined from the review that pages 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 36, and 43, previously withheld in their entirety, should be released in part. Similarly, pages 8, 24, 34, 35, 85, 88, 89, 90, and 91, previously released, contain additional releasable information.

Sincerely,

William C. Little, Jr.
Senior Attorney
Administrative Law Section