NANCY MAYER WHITTINGTON, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dated: 9/23/2006

**RECEIVED**

SEP 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: <u>LUIS H. BARBOSA v. U.S. DEPARTMENT OF JUSTICE</u>
    <u>Civil Case No.: 06-0867</u> CKK

Dear Clerk,

   This is to place you on notice that the plaintiff in the above civil case was transferred to a deferent facility.

   Would please be so kind to record the address change in your records.

                                 Respectfully submitted,

                                 _____
                                 Luis H. Barbosa #29500-053
                                 FCI Fort Dix - Camp
                                 P.O. Box 1000
                                 Fort Dix, New Jersey 08640

Cc: Mecedeh Momeni, AUSA
    555 4th Street, N.W.
    Washington. D.C. 20001