Mr. Luis H. Barbosa  
29500-053 Unit 5803  
FCI Fort Dix - West  
P.O. Box 7000  
Fort Dix, NJ 08640  

Dated: April 7, 2005

Howard L. Dobres, Lab. Director  
DEA Northeast Regional Laboratory  
99 Tenth Avenue, Suite 721  
New York, New York 10011  

RE: **Chemical Signature Breakdown Analysis Report**  
    Laboratory No. 124175  

Dear Mr. Dobres:

I am the defendant wherein the DEA of Philadelphia, PA., have seized exhibit #1 marked with FDIN 981055535, allegedly for heroin (see DEA-7 attached). This evidence was later received by this Laboratory on July 20, 1998 for analysis, which was conducted and/or completed on July 22, 1998, and finally approved on July 30, 1998.

Apparently, a chemical signature breakdown analysis report of the alleged substance was not afforded by this Laboratory for the records in the case. This report is now imperatively needed for further pleadings before the courts in the case.

Would you please be so kind to mail me copy of said chemical signature breakdown analysis report returned on the alleged substance.

Thank you very much for your time and cooperation on this matter.

Sincerely yours,

Cc: FILE

GOVERNMENT EXHIBIT A