### FREEDOM OF INFORMATION REQUEST

From: Luis H. Barbosa
      Reg. No. 29500-053 Unit 5803
      FCI Fort Dix - West
      P.O. Box 7000
      Fort Dix, New Jersey 08640

To:   Howard L. Dobres, Laboratory Director
      U.S. Department of Justice
      DEA Northeast Regional Laboratory
      99 Tenth Avenue, Suite 721
      New York, New York  10011

Re:   Request for all respective filed records done and/or returned pertaining
      to exhibit (1) marked by the DEA Northeast Regional Lab. with No. 124175.
      Specifically of interest, The Chemical Signature Breakdown Analysis
      Report returned on the substance (see DEA Form-7 attached).

Pursuant to Title 5 USC and any other relevant provision of your
agency's regulations    covering access to the right of freedom of
information, I hereby identify myself as: Luis H. Barbosa, defendant/
petitioner in the above FOIA request and the defendant who the alleged drugs
were zeised from before submitting them to the DEA Northeast Regional Lab. for
for full analysis that which completed on 7-22-1998.

I make this request for any and all materials for the entire cen-
tral file that your agency and any other agency(s) under your
supervison, as may be referred to below, has compiled to date.
or other branches thereof under your supervison may have desig-
nated in this file or any portion thereof, and the reason for each
designation, and the name of the person and his or her title
requesting same.

I would like for this request to be fulfilled and completed as
soon as time permits, pursuant to section (d), paragraph (1) of
the Privacy Act of 1974. I would also like to have a copy of the
applicable regulations of your agency(s) as may be provided for
by the Freedom of Information Act so that I may adhere to the
approved rules and regulations for your agency(s)

As you know, investigation records compiled for law enforcement
agencies are no longer generally exempted from disclosure, but may
be inspected in camera by the U.S. Courts to determine whether
they fall within any of the six specified accepted categories of
investigations records subscribed in the Act.

If, for any reason, it is determined that portions of the
materials requested are exempted under some recognizable category
under the Freedom of Information Act, or the Privacy Act of 1974,
then I request that any such exempted materials be indexed and
itemized with detailed justification for any exclusion made under



the authority of <u>Vaughn v. Rosen</u>, 484 F.2d 820 (D.C. Cir. 1973), or any similar authority. However, I do request to obtain those documents as soon as possible and in no way waive my right to the entire file, which, after I have examined the material you do send, I may still choose to review by appeal with respect to any excluded portions.

I do agree to pay for any fee incur for the search and copying of the requested documents.

Respectfully submitted,

Executed on May 28, 2005.

Luis H. Barbosa

NOTE: This FOIA request is served under
       Certified Mail No. 7000 1670 0008 9587 8462