

**U.S. Department of Justice**
**Drug Enforcement Administration**

---

June 22, 2005

Case Number: 05-0995-P

Subject of Request: BARBOSA, LUIS (LAB ANALYSIS)

LUIS H. BARBOSA
REG. NO. 29500-053
FCI FORT DIX
P.O. BOX 7000
FORT DIX, NJ 08640

Dear Mr. Barbosa:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests waiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3(c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick,
Chief, Operations Unit
FOI/Records Management Section

GOVERNMENT EXHIBIT C