

U.S. Department of Justice
Drug Enforcement Administration

SEP 0 8 2005

Washington, D.C. 20537

Case Number: 05-0995-P

Subject: BARBOSA, LUIS (LAB ANALYSIS #124175)

LUIS H. BARBOSA
P.O. BOX 7000
FORT DIX, NJ 08640

Dear LUIS H. BARBOSA:

    Your Freedom of Information/Privacy Act request seeking information from the Drug Enforcement Administration has been processed.

    The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

    The documents are being forwarded to you with this letter.

    The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal regulations, Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.



GOVERNMENT EXHIBIT D

2

If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

      CO-DIRECTOR
      OFFICE OF INFORMATION AND PRIVACY
      FLAG BUILDING, SUITE 570
      WASHINGTON, D.C. 20530

For further information, see attached comments page.

                                  Katherine L. Myrick
                                  Chief, Operations Unit
                                  FOI/Records Management Section

Enclosure

Number of pages withheld: 40

Number of pages released: 37

Number of pages referred: 0

**APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:**

| Freedom of Information Act 5 U.S.C. 552 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [x] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [x] (b)(2) | [ ] (b)(6) | [x] (b)(7)(D) | [x] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [x] (b)(7)(F) | | |