

**U.S. Department of Justice**
Drug Enforcement Administration

---

*Case Number: 05-0995-P*

*Subject: BARBOSA, LUIS (LAB ANALYSIS #124175)*

*Fee Required: $56.00*

Dear Luis H. Barbosa:

Pursuant to your request, a search of the Drug Enforcement Administration (DEA) investigative files has been conducted. The enclosed documents represent all material available to you that either name the above subject, as the subject of an investigation, or report an investigation that resulted in the indictment and/or arrest of the above subject.

The above referenced subject (Luis Barbosa) is mentioned in other "related" files, but we have neither searched for nor processed any documents that might be found in these files. The great majority of requesters are interested only in obtaining documents that are within files that identify them as the subjects of a DEA investigation. To expedite the handling of all requests and to reduce or eliminate possible costs to requesters, DEA does not routinely process documents that may be located in other files and may merely mention the subject of the request.

Each referenced file takes approximately two hours to hand search. Our records show the subject of the request to be mentioned in 2 (two) files. You will be responsible for the search fee for 1 (one) file, two hours per file, $28.00 an hour, for an approximate total of $56.00. Under the Office of Management and Budget and Department of Justice Guidelines, only when it has been clearly shown that the release of requested documents will serve some overriding public interest, will a fee waiver be granted.

A complete search for related files in which the subject of your request may be mentioned does not guarantee that those documents will be released. Some or all of them may fall under exemptions to the FOIA. However, the government incurs substantial costs in reviewing these non-subject related files.



Should you desire a full search of the "related" files, please indicate on the bottom of this page that you will be responsible for the payment of the search fees. When your request is completed, a final exact bill for payment will be sent to you. Failure to pay after notification of an agreement to pay will result in the strict enforcement of the Debt Collection Act of 1962, Pub. L.97-365.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

LUIS H. BARBOSA