Luis H. Barbosa  
29500-053 Unit 5803  
FCI Fort Dix - West  
P.O. Box 7000  
Fort Dix, New Jersey 08640

Dated: 10/22/2005

Mr. Howard L. Dobres, Lab. Dir.  
U.S. Department of Justice  
DEA Northeast Regional Laboratory  
99 Tenth Avenue, Suite 721  
New York, New York 10011

Re: <u>Chemical Signature Breakdown Analysis Report</u>  
    <u>Laboratory Report No.: 124175</u>

Dear Laboratory Director:

   This is a second request for the chemical signature breakdown analysis report returned on the alleged substance in the above Laboratory Report Number. The original request was dated April 07, 2005, addressed to the Northeast Regional Laboratory (see attachment).

   Please be advised that no response has been received from the Laboratory Director pertaining to my April 07, 2005 request.

   Thank you for your time and cooperation in this matter.

                                        Respectfully submitted,

                                        Luis H. Barbosa

Cc:File  
NOTE: Instant is served under  
      Certified Returned Receipt  
      No. 7005-0390-0002-1954-0810

GOVERNMENT EXHIBIT F