

**U.S. Department of Justice**

Drug Enforcement Administration

Washington, D.C. 20537

DEA Request Number: 05-995-p
Requester: LUIS H. BARBOSA
DEA FOI Specialist: Cynthia Chasten
Telephone Number: 202-307-7615

Marshall Fields, Chief
Attn: Andrea Tewilliager
FOIA Section, IDU, MSD
Office of Investigation
U.S. Immigration and Customs Enforcement
425 "I" Street, N.W., Room 4038
Washington, D.C. 20536

Dear Marshall Fields:

In processing the enclosed request, the Drug Enforcement Administration (DEA) has located documents (eight pages) containing information originated by your agency. This information has been bracketed in red. Please review, make any necessary deletions and cite the exemptions claimed, and return the documents to this office. If you delete information, please enclose a copy of your agency appeal procedures so that we may include them in our final response to the requester.

Suggested excisions have been made to these documents pursuant to the subsections of the Freedom of Information Act, 5 U.S.C. Section 552, and the Privacy Act, 5 U.S.C. 552a, as indicated by marginal notation.

We have also enclosed a copy of the original request letter. If you have any questions regarding this consultation, please contact the FOI Specialist indicated above.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Enclosure

GOVERNMENT EXHIBIT H