

Office of Investigations
U.S. Department of Homeland Security
425 I Street, NW, Room 4038
Washington, DC 20536

# U.S. Immigration and Customs Enforcement

NOV 2 1 2005

DIS 2-01 OI:MS:ID
06-FOIA-19953 GFC

Ms. Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C. 20537

Dear Ms. Myrick:

This is in response to your letter of October 28, 2005, referring a copy of a Freedom of Information Act request from Mr. Luis H. Barbosa, DEA Request Number: 05-0995-P. Your letter referred six (6) pages of DEA documents containing information that originated with the former U.S. Customs Service. You request that we review the information, make any deletions necessary, cite the appropriate exemptions, and return the documents to your office. Also, you request that we enclose a copy of our appeal procedures should we delete any information.

Please be advised that we have made a number of deletions within the information that originated with the former U.S. Customs Service. We have cited exemptions (b)(7)(C) as the disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy, and exemption (b)(7)(F) as the disclosure could reasonably be expected to endanger the life or physical safety of an individual.

Any appeal made of the above-mentioned deletions may be sent to the Privacy Office, Department of Homeland Security, FOIA Appeals, 245 Murray Lane SW, Building 410, Washington, D.C. 20528

Sincerely,

Gloria L. Marshall
Chief, Information Disclosure Unit
Mission Support Division
Office of Investigations

Enclosure

GOVERNMENT EXHIBIT 1