

**U.S. Department of Justice**
Drug Enforcement Administration

Washington, D.C. 20537

Case Number: 05-0995-P CONSULTATION

Subject of Request: BARBOSA, LUIS H.

LUIS H. BARBOSA
P.O. BOX 7000
FORT DIX, NJ 08640

Dear LUIS H. BARBOSA:

    Please be advised that a review of the Drug Enforcement Administration's documents containing information furnished by another government agency has been completed.

    The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552 and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail. The documents are being forwarded to you with this letter.

    If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

        CO-DIRECTOR
        OFFICE OF INFORMATION AND PRIVACY
        FLAG BUILDING, SUITE 570
        WASHINGTON, D.C. 20530

                Sincerely,

                Katherine L. Myrick
                Chief, Operations Unit
                FOI/Records Management

Enclosure



| | |
|---|---|
| Number of Pages Withheld: | 0 |
| Number of Pages Released: | 7 |
| Number of Pages Referred to another agency: | 0 |

Applicable sections of the Freedom of Information and/or Privacy Act:

**Freedom of Information Act**
**5 U.S.C. 522**

[ ] (b)(1)   [ ] (b)(5)   [x] (b)(7)(C)

[x] (b)(2)   [ ] (b)(6)   [x] (b)(7)(D)

[ ] (b)(3)   [ ] (b)(7)(A)   [ ] (b)(7)(E)

[ ] (b)(4)   [ ] (b)(7)(B)   [x] (b)(7)(F)

**Privacy Act**
**5 U.S.C. 552a**

[ ] (d)(5)   [ ] (k)(2)

[x] (j)(2)   [ ] (k)(5)

[ ] (k)(1)   [ ] (k)(6)