FREEDOM OF INFORMATION "APPEAL LETTER"

FOI/PA Request No. 05-0995-P  Date: 9/26/2005

To: DEA Northeast Regional Laboratory, 99 Tenth Ave, Suite 721, New York, N.Y. 10011

From: Luis H. Barbosa
Reg. No. 29500-053  Unit 5803
P.O. Box 7000
Fort Dix, NJ  08640

This is an "Administrative Appeal" under the Freedom of Information Act, Title 5 U.S.C. § 552(a)(6), and pursuant to 28 C.F.R. § 16.8.

On 9/15/2005 I received a letter from Katherine L. Myrick of your agency in which they failed to provide, as originally requested, the signature breakdown analysis report of the alleged substance. Although record was provided, fourty (40) pages are withheld.

This reply indicated that an "appeal letter" could be sent to you. I am enclosing a copy of my exchange of correspondence with your agency so that you can see exactly what files I have requested and the insubstantial grounds on which my request has been denied.

You will note that your agency has withheld the [entire] or [nearly entire] documents that I requested. Since the FOIA provides that "any reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt,..." I believe that your agency has not complied with the FOIA. I believe that there must be additional segregable portions which do not fall within the FOIA exemptions and which must be released.

Your agency has used the 5 U.S.C. 552(b)(2), (b)(7)(C), (b)(7)(D), (j)(2) exemptions to withhold information. Fourty (40) pages are withheld which are being appealed. Petitioner alleges that since there are (3) or (4) types of cocaine bases, its imperative he be provided with exact signature breakdown of the alleged substance. The Court was not clear of the exact identity of the alleged drugs.

If you choose to continue to withhold some or all of the material which was denied in my initial request to your agency, I ask that you send me an index of such material, [Vaughn Index, see Vaughn v. Rosen, 484 F.2d 820, (D.C. Cir. 1973)] together with the justification for the denial of each item which is still withheld.

I expect a reply within the twenty working-day time limit pursuant to Title 5 U.S.C. § 552(6)(A)(ii). Please be advised that any refusal to comply with the FOI/PA requirements will lead to a lawsuit.

Sincerely,

/s/ L H Barbosa
Signature of Requestor

Enclosures:
Copy of original FOI/PA request

OFFICE OF INFORMATION
AND PRIVACY

OCT 0 6 2005

RECEIVED

GOVERNMENT EXHIBIT
K