


**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642          Washington, D.C. 20530

A-001-04

OCT 13 2005

Mr. Luis H. Barbosa
Register No. 29500-053, Unit 5803
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ 08640

   Re: Request No. 05-0995-P

Dear Mr. Barbosa:

   This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on October 6, 2005.

   The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-0069**. Please mention this number in any future correspondence to this Office regarding this matter.

   We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                              Sincerely,

                              Priscilla Jones
                              Chief, Administrative Staff

DEA

GOVERNMENT
EXHIBIT
1