

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642     Washington, D.C. 20530

MAR  8 2006

Mr. Luis H. Barbosa
Register No. 29500-053
Federal Correctional Institution      Re:    Appeal No. 06-0069
Post Office Box 7000                          Request No. 05-0995-P
Fort Dix, NJ 08640                            BVE:GLB:KAM

Dear Mr. Barbosa:

    You appealed from the action of the Drug Enforcement Administration on your request for access to records concerning yourself, specifically laboratory reports from your criminal case. I note that you have limited your appeal to the withholding of forty pages by the DEA.

    After carefully considering your appeal, and as a result of discussions between DEA personnel and a member of my staff, I have decided to release portions of one additional page to you, a copy of which is enclosed. I am, however, otherwise affirming the DEA's action on your request.

    These records are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.98(a) (2005). Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to the records you requested.

    The DEA properly withheld certain information that is protected from disclosure under the FOIA pursuant to:

    5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices;

    5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;

    5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to disclose
the identities of confidential sources and information furnished by such sources; and

GOVERNMENT EXHIBIT M

- 2 -

5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to endanger the life or personal safety of an individual.

I have determined that this information is not appropriate for discretionary release.

Finally, I am denying your request that we itemize and justify each item of the information withheld. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. See Judicial Watch v. Clinton, 880 F. Supp. 1, 10 (D.D.C. 1995).

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

By:
Janice G. McLeod
Senior Counsel


Enclosure