

**U. S. Department of Justice**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

---

*www.dea.gov*

Mr. Luis H. Barbosa
#29500-053
FCI Fort Dix
P.O. Box 7000
Fort Dix, NJ 08640

AUG 3 1 2006

Re: *Luis H. Barbosa v. Janice McLeod et al.* CA 06-0867 GK
    DEA FOIA Request No. 05-0995-P

Dear Mr. Barbosa:

   Enclosed please find portions of 22 pages of material, responsive to your Freedom of Information Privacy Act/Request dated May 28, 2005, that is the subject of the above entitled litigation. The pages consist of pages 8, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 24, 34, 35, 36, 43, 85, 88, 89, 90, and 91. Information is withheld on these pages pursuant to Freedom of Information Exemptions (b)(2), (b)(7)(C), (b)(7)(D), and (b)(7)(F), and Privacy Act (j)(2).

   This release is made pursuant to a litigation review. It was determined from the review that pages 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 36, and 43, previously withheld in their entirety, should be released in part. Similarly, pages 8, 24, 34, 35, 85, 88, 89, 90, and 91, previously released, contain additional releasable information.

                                         Sincerely,

                                         William C. Little, Jr.
                                         Senior Attorney
                                         Administrative Law Section

CCA Chron
CCA File
SARO File   *8/31/06*
Document name:H:MyDocuments:lwassom/correspondence/releaseltr.wpd/8/31/06



GOVERNMENT
EXHIBIT
N