## PAGE ITEMIZATION

**PAGE NUMBER:**  1
**DOCUMENT TYPE:**  DEFENDANT DISPOSITION REPORT (DEA 210)

DATE: JUNE 8,1999

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 5 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCKS 24 & 25 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |



**PAGE ITEMIZATION**

**PAGE NUMBER:**  2
**DOCUMENT TYPE:**  PERSONAL HISTORY REPORT (DEA 202)

**DATE:** JULY 18, 1998

( X ) **RELEASED**
(    ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 1, 42a | THIRD PARTY NAMES | (b)(7)(C) | NAMES OF INDIVIDUALS |
| BLOCK 42b | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | NADDIS NUMBERS |
| BLOCKS 5, 45, 46 | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | G-DEP QUALITATIVE & QUANTITATIVE CRITERIA |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   3
**DOCUMENT TYPE:**    PERSONAL HISTORY REPORT (DEA 202) (2nd PAGE)

**DATE:**   JULY 18, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 61, 67, 68, 71, 72, 74, 75 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |

# PAGE ITEMIZATION

**PAGE NUMBER:** 4
**DOCUMENT TYPE:** PERSONAL HISTORY REPORT (DEA 202)

**DATE:** JULY 8, 1998

( X ) RELEASED
(   ) WITHHELD

**TO:**     CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 1, 42a | THIRD PARTY NAMES | (b)(7)(C) | NAMES OF INDIVIDUALS |
| BLOCK 42b | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS NUMBERS |
| BLOCKS 5, 45, 46 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP QUALITATIVE & QUANTITATIVE CRITERIA |

# PAGE ITEMIZATION

**PAGE NUMBER:**  5
**DOCUMENT TYPE:**  PERSONAL HISTORY REPORT (DEA 202) (2nd PAGE)

**DATE:**  JULY 8,1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 68, 71,74, | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  6
**DOCUMENT TYPE:**  PERSONAL HISTORY REPORT (DEA 202)

**DATE:**  JULY 8, 1998

(    ) **RELEASED**
( X ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| WHOLE PAGE | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | NAME OF INDIVIDUAL/ PERSONAL INFORMATION |
| BLOCKS 5, 44-46 | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | G-DEP QUALITATIVE & QUANTITATIVE CRITERIA |

## PAGE ITEMIZATION

**PAGE NUMBER:**    7
**DOCUMENT TYPE:**  PERSONAL HISTORY REPORT (DEA 202) (2nd PAGE)

**DATE:**    JULY 8, 1998

(    ) RELEASED
( X ) WITHHELD

**TO:**      CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 68, 71, 74 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 68 | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INVESTIGATIVE DETAILS |

## PAGE ITEMIZATION

PAGE NUMBER:   8
DOCUMENT TYPE:  REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
               (DEA 7)
DATE:    JULY 18, 1998

( X ) RELEASED
(   ) WITHHELD

TO:       CRIMINAL INVESTIGATIVE FILE

FROM:    DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 16-18 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) & SIGNATURES OF SPECIAL AGENTS AND SUPPORT PERSONNEL |
| BLOCK 3 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

**PAGE NUMBER:** 9-12
**DOCUMENT TYPE:**  ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
          (DEA 7A)
**DATE:** VARIOUS

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**      CRIMINAL INVESTIGATIVE FILE

**FROM:**      DEA SPECIAL AGENT

**PURPOSE:**      FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 13-15, 18 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| PAGE 11: BLOCK 21 | NAMES & SIGNATURES OF OTHER LAW ENF. PERSONNEL | (b)(7)(C) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 10 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:** 19
**DOCUMENT TYPE:** ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
             (DEA 7A)
**DATE:** SEPTEMBER 15, 1998

( X ) RELEASED
(   ) WITHHELD

**TO:**     CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b) (2) | G-DEP IDENTIFIER CODE |
| BLOCK 10, 13 | THIRD PARTY NAMES & INFORMATION | (b) (7) (C) | THIRD PARTY (S) NAME & INVESTIGATIVE DETAILS |
| BLOCKS 13-15,18 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b) (7) (C) (b) (7) (F) | NAMES OF SPECIAL AGENTS |
| BLOCK 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b) (7) (C) (b) (7) (F) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b) (7) (C) | NAME OF INDIVIDUAL |
| BLOCK 10, 13 | IDENTITY OF A CONFIDENTIAL SOURCE | (b) (7) (D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b) (7) (D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b) (2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

PAGE NUMBER:   20
DOCUMENT TYPE:  ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
               (DEA 7A)
DATE:  SEPTEMBER 15, 1998

( X ) RELEASED
(   ) WITHHELD

TO:        CRIMINAL INVESTIGATIVE FILE

FROM:      DEA SPECIAL AGENT

PURPOSE:      FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 13-15, 17, 18 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 21 | NAMES & SIGNATURES OF OTHER LAW ENF. PERSONNEL | (b)(7)(C) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

**PAGE NUMBER:** 21
**DOCUMENT TYPE:** ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
　　　　　　　　(DEA 7A)
**DATE:** SEPTEMBER 15, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**　　　CRIMINAL INVESTIGATIVE FILE

**FROM:**　　DEA SPECIAL AGENT

**PURPOSE:**　　FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 10, 13 | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | THIRD PARTY (S) NAME & INVESTIGATIVE DETAILS |
| BLOCKS 13-15,18 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 10, 13 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 21 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SUPPORT PERSONNEL |

## PAGE ITEMIZATION

**PAGE NUMBER:**  22
**DOCUMENT TYPE:**  ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
          (DEA 7A)
**DATE:**  SEPTEMBER 15, 1998

                        (    ) RELEASED
                        ( X ) WITHHELD

      **TO:**        CRIMINAL INVESTIGATIVE FILE

     **FROM:**      DEA SPECIAL AGENT

**PURPOSE:**     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 9, 10, 16, 19 | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |
| BLOCKS 13-15, 17, 18 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCKS 20, 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 13 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 23
**DOCUMENT TYPE:** ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
          (DEA 7A)
**DATE:** SEPTEMBER 16, 1998

                                        ( X ) **RELEASED**
                                        (   ) **WITHHELD**

      **TO:**      CRIMINAL INVESTIGATIVE FILE

      **FROM:**    DEA SPECIAL AGENT

**PURPOSE:**      FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 10, 13-15, 17, 18, | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCKS 20, 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

**PAGE NUMBER:**   24
**DOCUMENT TYPE:** ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
                  (DEA 7A)
**DATE:**  JANUARY 30, 1999

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**     CRIMINAL INVESTIGATIVE FILE

**FROM:**     DEA SPECIAL AGENT

**PURPOSE:**     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 13-15,18 | NAMES OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

# PAGE ITEMIZATION

**PAGE NUMBER:** 25
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE STATUS

**DATE:**           JULY 8, 2005

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**     CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |

## PAGE ITEMIZATION

**PAGE NUMBER:**   26, 27
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE STATUS

**DATE:**          VARIOUS

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**     CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|-----------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

**PAGE NUMBER:**    28
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**           MARCH 19, 2003

( ) RELEASED
( X ) WITHHELD

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5 & 14; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |
| DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 10; CUSTODY OF EVIDENCE: PARA 2; BOTTOM OF PAGE | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |
| BLOCK 2; PARA 1 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   29, 30
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE STATUS

**DATE:**         VARIOUS

                                     ( X ) **RELEASED**
                                     (   ) **WITHHELD**

     **TO:**    CRIMINAL INVESTIGATIVE FILE

   **FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  31
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE STATUS

**DATE:**          MARCH 2, 2000

                                    ( X ) **RELEASED**
                                    (   ) **WITHHELD**
        **TO:**    CRIMINAL INVESTIGATIVE FILE

      **FROM:**    DEA SPECIAL AGENT

**PURPOSE:**     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DETAILS: PARA 2-4; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |
| PARA 3 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL/PERSONAL INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:** 32, 33
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE STATUS; LEGAL DETAILS

**DATE:**           VARIOUS

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |

## PAGE ITEMIZATION

**PAGE NUMBER:**    34
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6) CASE STATUS

**DATE:**            JANUARY 30, 1999

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**      CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |

## PAGE ITEMIZATION

PAGE NUMBER:   35
DOCUMENT TYPE:   REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:        JANUARY 30, 1999

( X ) RELEASED
( ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| CUSTODY OF EVIDENCE: PARA 3; BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENFORCEMENT PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| BLOCK 3 | THIRD PARTY NAME | (b)(7)(C) | NAME(S) OF INDIVIDUAL(S) |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  36
**DOCUMENT TYPE:**   REPORT OF INVESTIGATION (DEA 6) CI DEBRIEFING

**DATE:**    JANUARY 20, 1999

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**     CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DETAILS: PARA 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS  OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| BLOCK 10, DRUG RELATED CRIMINAL INFORMATION PARA 2-4 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
|  | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:**    37
**DOCUMENT TYPE:**    REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**    JANUARY 20,1999

( ) RELEASED
( X ) WITHHELD

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENFORCEMENT PERSONNEL | (b)(7)(C) (b)(7)(F) | INITIALS OF LAW ENFORCEMENT PERSONNEL |
| PARA 4 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**  38
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6)

**DATE:**  OCTOBER 9, 1998

( X )  **RELEASED**
(   )  **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 9, 12 & 14; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   39
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6)

**DATE:**  SEPTEMBER 16, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**      CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PAGE 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |

## PAGE ITEMIZATION

**PAGE NUMBER:** 40
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**   SEPTEMBER 16, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| BLOCK 10, DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:**  41, 42
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**    SEPTEMBER 15, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| BLOCK 10; DETAILS: PARA 1, 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:** 43
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**     SEPTEMBER 15, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**     CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

## PAGE ITEMIZATION

**PAGE NUMBER:**   44
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**     SEPTEMBER 15, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; CUSTODY OF EVIDENCE: PARA 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| BLOCK 10; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INVESTIGATIVE DETAILS |
|  | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  45-48
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**  VARIOUS

(   ) RELEASED
( X ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |
| BLOCK 10; DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| CUSTODY OF EVIDENCE: PARA 2 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 49
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**        SEPTEMBER 14, 1998

                                        (   ) **RELEASED**
                                        ( X ) **WITHHELD**

    **TO:**    CRIMINAL INVESTIGATIVE FILE

    **FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |
| BLOCK 10; DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| PARA 1 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| CUSTODY OF EVIDENCE: PARA 2 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  49
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**      SEPTEMBER 14, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| | INTERNAL MARKINGS, IDENTI- FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:** 50-52
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**    VARIOUS

(    ) RELEASED
( X ) WITHHELD

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|-----------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 2; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS |
| BLOCK 10; DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| CUSTODY OF EVIDENCE: PARA 2 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |

## PAGE ITEMIZATION

**PAGE NUMBER:**  13, 14
**DOCUMENT TYPE:** REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
                (DEA 7)
**DATE:**  SEPTEMBER 13, 1998

                                        ( X ) **RELEASED**
                                        (   ) **WITHHELD**

    **TO:**        CRIMINAL INVESTIGATIVE FILE

    **FROM:**      DEA SPECIAL AGENT

**PURPOSE:**      FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 9,10 | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | THIRD PARTY (S) NAMES & INVESTIGATIVE DETAILS |
| BLOCKS 13-15, 17, 18 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGETNS, AND OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| BLOCK 20 & 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 10 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 13, 16, 19 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |

## PAGE ITEMIZATION

**PAGE NUMBER:** 15-18
**DOCUMENT TYPE:** ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
(DEA 7A)
**DATE:** VARIOUS

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**      CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 10 | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| BLOCKS 13-15,18 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 10 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| BLOCK 13 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |
| PARA 1 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

**PAGE NUMBER:**        53
**DOCUMENT TYPE:**      REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**        JULY 28, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**     CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DETAILS: PARA 1 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| DETAILS: PARA 3 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES OF INDIVIDUALS/ PERSONAL INFORMATION |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  54
**DOCUMENT TYPE:**   REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**        JULY 28, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| INDEXING SECTION | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAME OF INDIVIDUAL/PERSONAL INFORMATION |
| BLOCK 3 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 3 | THIRD PARTY INFORMATION | (b)(7)(C) | PERSONAL INFORMATION |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   55
**DOCUMENT TYPE:**   REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**   JULY 28, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 9,12 & 14; DETAILS: PARA 1 | NAMES OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICER |
| DETAILS: PARA 1-3 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | NAME OF INDIVIDUAL/ PERSONAL INFORMATION |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 56
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**        JULY 28, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(2) | G-DEP IDENTIFIER CODE |
| INDEXING SECTION | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAMES OF INDIVIDUALS/PERSONAL INFORMATION |
| BLOCK 3 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 4 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | NAME OF INDIVIDUAL/PERSONAL INFORMATION |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 4 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF SPECIAL AGENT |

## PAGE ITEMIZATION

**PAGE NUMBER:** 57
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:** JULY 20, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 3 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| PARA 1-3 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY (S) NAME & INVESTIGATIVE DETAILS |
|  | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 58
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**      JULY 20, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 4 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | NAME OF INDIVIDUAL/PERSONAL INFORMATION |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 4, 5 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF SPECIAL AGENT |
| PARA 4 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  59
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CI DEBRIEFING

**DATE:**  JULY 18, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DRUG RELATED INFORMATION PARA 1 | NAMES OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 10, DRUG RELATED INFORMATION PARA 1, 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 10; PARA 1 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

**PAGE NUMBER:** 60
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**          JULY 18, 1998

(   ) RELEASED
( X ) WITHHELD

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 3 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   61
**DOCUMENT TYPE:**   REPORT OF INVESTIGATION (DEA 6) CI DEBRIEFING

**DATE:**   JULY 8, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DRUG RELATED INFORMATION PARA 1 | NAMES OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 10, DRUG RELATED INFORMATION PARA 1-3 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

**PAGE NUMBER:**    62
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**        JULY 8, 1998

                                    (   ) **RELEASED**
                                    ( X ) **WITHHELD**

   **TO:**   CRIMINAL INVESTIGATIVE FILE

  **FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 4 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INVESTIGATIVE DETAILS |
| PARA 4 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:** 63
**DOCUMENT TYPE:** EAVESDROPPING AND/OR CC TV EQUIPMENT (DEA 284)

**DATE:** JULY 17, 1998

( ) RELEASED
( X ) WITHHELD

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PART II, BLOCK 10 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF LAW ENFORCEMENT OFFICER |
| PART I, BLOCK 1-8 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY (S)NAME & INVESTIGATIVE DETAILS |
| G-DEP BLOCK | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| PART I, BLOCK 1-8 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| PART II, BLOCK 5A | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:** 64
**DOCUMENT TYPE:** FORENSIC CHEMIST WORKSHEET (DEA FORM 86)

**DATE:** JULY 22, 1998

( X ) RELEASED
(   ) WITHHELD

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** DEA FORENSIC CHEMIST

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 1, 16; BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |
| BLOCK 14 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME & SIGNATURE OF FORENSIC CHEMIST |

## PAGE ITEMIZATION

**PAGE NUMBER:**  65
**DOCUMENT TYPE:**  FORENSIC CHEMIST WORKSHEET (DEA FORM 86)(BACK)

**DATE:**  JULY 22, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA FORENSIC CHEMIST

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| QUALITATIVE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

## PAGE ITEMIZATION

**PAGE NUMBER:**     66
**DOCUMENT TYPE:**   CHEMIST WORKSHEET

**DATE:** NONE

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**      CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA FORENSIC CHEMIST

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| MIDDLE OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

## PAGE ITEMIZATION

**PAGE NUMBER:**   68
**DOCUMENT TYPE:**   CHEMIST WORKSHEET

**DATE:**  JULY 22, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA FORENSIC CHEMIST

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP OF PAGE, MIDDLE OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF FORENSIC CHEMIST & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   69
**DOCUMENT TYPE:**   CHEMIST WORKSHEET

**DATE:**   NONE

**( X ) RELEASED**
**(   ) WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA FORENSIC CHEMIST

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  70, 71
**DOCUMENT TYPE:**  CHEMIST WORKSHEET

**DATE:**  JULY 22, 1998

( X ) RELEASED
(   ) WITHHELD

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA FORENSIC CHEMIST

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP OF PAGE; MIDDLE OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF FORENSIC CHEMIST & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  72-74
**DOCUMENT TYPE:**  CHEMIST WORKSHEET

**DATE:**  VARIOUS

( X ) RELEASED
(   ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA FORENSIC CHEMIST

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| MIDDLE OF PAGE; BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS FORENSIC CHEMIST & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  75-77
**DOCUMENT TYPE:**  CHEMIST WORKSHEET

**DATE:** JULY 22, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA FORENSIC CHEMIST

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP OF PAGE; MIDDLE OF PAGE; BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS FORENSIC CHEMIST & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  78
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6) CASE CLOSING

**DATE:**  SEPTEMBER 30, 1994

                                        (   ) **RELEASED**
                                        ( X ) **WITHHELD**

    **TO:**    CRIMINAL INVESTIGATIVE FILE

    **FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS & SUPPORT STAFF |
| DETAILS: PARA 1, 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| PARA 1 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   79
**DOCUMENT TYPE:**   REPORT OF INVESTIGATION (DEA 6) CASE STATUS

**DATE:**   SEPTEMBER 1, 1994

(    ) **RELEASED**
( X ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & SUPPORT STAFF |
| DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |
|  | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 80
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CI DEBRIEFING

**DATE:** JUNE 3, 1994

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DETAILS: DRUG RELATED INFORMATION | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 10, DRUG RELATED INFORMATION | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 2, 10; DRUG RELATED INFORMATION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 81
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE INITIATION

**DATE:**          JUNE 3, 1994

                                        ( X ) **RELEASED**
                                        (   ) **WITHHELD**

        **TO:**    CRIMINAL INVESTIGATIVE FILE

      **FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DATE OF INITIATION: PARA 1; BASIS OF INFORMATION PARA 2 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| PARA 2; OBJECTIVE: PARA 4 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 2; PARA 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:**
**DOCUMENT TYPE:**

**DATE:**

( ) RELEASED
( ) WITHHELD

TO:

FROM:

**PURPOSE:**

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

**PAGE ITEMIZATION**

PAGE NUMBER:  82
DOCUMENT TYPE:  DEFENDANT DISPOSITION REPORT (DEA 210)

DATE:          JANUARY 11, 1991

                                    ( X ) **RELEASED**
                                    (   ) **WITHHELD**

     TO:    CRIMINAL INVESTIGATIVE FILE

     FROM:   DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 5 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER |
| BLOCKS 24 & 25 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES OF SPECIAL AGENTS |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  83
**DOCUMENT TYPE:**  PERSONAL HISTORY REPORT (DEA 202)

**DATE:** JUNE 13, 1990

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  USCS SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 37 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS NUMBERS |
| BLOCKS 2, 38 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP QUALITATIVE & QUANTITATIVE CRITERIA |
| BLOCK 40a | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

PAGE NUMBER:  84
DOCUMENT TYPE:  PERSONAL HISTORY REPORT (DEA 202) (2nd PAGE)

DATE: JUNE 13, 1990

( X ) RELEASED
(    ) WITHHELD

TO:     CRIMINAL INVESTIGATIVE FILE

FROM:   USCS SPECIAL AGENT

PURPOSE:     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PARA 1, 2; BLOCKS 59, 60, 62, 63; MIDDLE OF PAGE | NAMES, SIGNATURES, & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENT, USCS SPECIAL AGENT, CET INSPECTOR, & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  85
**DOCUMENT TYPE:** REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
                (DEA 7)
**DATE:**      JUNE 19, 1990

                                ( X ) RELEASED
                                (   ) WITHHELD

      TO:      CRIMINAL INVESTIGATIVE FILE

    FROM:      TASK FORCE OFFICER

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCKS 17, 18, 23, 34 & 37 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) & SIGNATURES OF SPECIAL AGENT, USCS SPECIAL AGENT, AND SUPPORT PERSONNEL |
| BLOCK 3 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  86
**DOCUMENT TYPE:**  DISPOSITION OF DRUG EVIDENCE (DEA 48)

**DATE:**  FEBRUARY 4, 1993

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    USCS SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ORIGINATOR; CASE AGENT; APPROVING OFFICIAL; EVIDENCE TECHNICIAN; WITNESS; LABORATORY CHIEF | NAMES, SIGNATURES, & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENT, USCS SPECIAL AGENT, AND SUPPORT PERSONNEL |

# PAGE ITEMIZATION

PAGE NUMBER: 87
DOCUMENT TYPE: REPORT OF INVESTIGATION (DEA 6) CASE CLOSING

DATE:          MARCH 2, 1995

                                    ( X ) RELEASED
                                    (   ) WITHHELD

        TO:    CRIMINAL INVESTIGATIVE FILE

      FROM:    DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 11, 12 & 14 | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

PAGE NUMBER:     88
DOCUMENT TYPE:   REPORT OF INVESTIGATION (DEA 6) CASE STATUS

DATE:          MAY 26, 1994

                                    ( X ) **RELEASED**
                                    (   ) **WITHHELD**

      TO:     CRIMINAL INVESTIGATIVE FILE

    FROM:     USCS SPECIAL AGENT

PURPOSE:      FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENT & USCS SPECIAL AGENT |

## PAGE ITEMIZATION

**PAGE NUMBER:**    89
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6) CASE CLOSING

**DATE:**         JUNE 13, 1990

                                    ( X ) **RELEASED**
                                    (   ) **WITHHELD**

    **TO:**    CRIMINAL INVESTIGATIVE FILE

  **FROM:**    USCS SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14 | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENT, USCS SPECIAL AGENT, CUSTOMS INSPECTOR, & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**    90
**DOCUMENT TYPE:**    REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**       JUNE 13, 1990

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  USCS SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| WITNESSES SECTION; DETAILS: PARA 1, 2 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF USCS SPECIAL AGENTS, AND CUSTOMS INSPECTORS |

## PAGE ITEMIZATION

**PAGE NUMBER:**  91
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**  JUNE 13, 1990

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  USCS SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|-----------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PARA 3 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF USCS SPECIAL AGENT |