# EXHIBIT O - VAUGHN INDEX PART II

PAGE ITEMIZATION

**PAGE NUMBER:**  13, 14
**DOCUMENT TYPE:** REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
(DEA 7)
**DATE:** SEPTEMBER 13, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**      CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 9,10 | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | THIRD PARTY (S) NAMES & INVESTIGATIVE DETAILS |
| BLOCKS 13-15, 17, 18 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGETNS, AND OTHER LAW ENFORCEMENT OFFICERS AND SUPPORT PERSONNEL |
| BLOCK 20 & 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 10 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 13, 16, 19 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |

### PAGE ITEMIZATION

**PAGE NUMBER:**  15-18
**DOCUMENT TYPE:**  ACQUISITION OF NON-DRUG PROPERTY/ REGULATORY SEIZURES
(DEA 7A)
**DATE:**  VARIOUS

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**      CRIMINAL INVESTIGATIVE FILE

**FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 10 | THIRD PARTY NAMES & INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| BLOCKS 13-15,18 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SUPPORT PERSONNEL |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| BLOCK 10 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| BLOCK 13 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE DETAILS |
| PARA 1 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

**PAGE NUMBER:**      53
**DOCUMENT TYPE:**    REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**        JULY 28, 1998

                                            ( X ) **RELEASED**
                                            (   ) **WITHHELD**

     **TO:**    CRIMINAL INVESTIGATIVE FILE

   **FROM:**    DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DETAILS: PARA 1 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| DETAILS: PARA 3 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES OF INDIVIDUALS/ PERSONAL INFORMATION |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  54
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**        JULY 28, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| INDEXING SECTION | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAME OF INDIVIDUAL/PERSONAL INFORMATION |
| BLOCK 3 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 3 | THIRD PARTY INFORMATION | (b)(7)(C) | PERSONAL INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:   55
DOCUMENT TYPE:   REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

DATE:   JULY 28, 1998

( X ) RELEASED
(   ) WITHHELD

TO:   CRIMINAL INVESTIGATIVE FILE

FROM:   DEA SPECIAL AGENT

PURPOSE:   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 9,12 & 14; DETAILS: PARA 1 | NAMES OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICER |
| DETAILS: PARA 1-3 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | NAME OF INDIVIDUAL/ PERSONAL INFORMATION |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

## PAGE ITEMIZATION

PAGE NUMBER:   56
DOCUMENT TYPE: REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:        JULY 28, 1998

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| INDEXING SECTION | THIRD PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAMES OF INDIVIDUALS/PERSONAL INFORMATION |
| BLOCK 3 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 4 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | NAME OF INDIVIDUAL/PERSONAL INFORMATION |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 4 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF SPECIAL AGENT |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  57
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) INVESTIGATIVE INFORMATION

**DATE:**  JULY 20, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 3 | NAMES OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF  SPECIAL AGENTS |
| PARA 1-3 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY (S) NAME & INVESTIGATIVE DETAILS |
|  | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   58
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**          JULY 20, 1998

                                            (   ) **RELEASED**
                                            ( X ) **WITHHELD**
     **TO:**   CRIMINAL INVESTIGATIVE FILE

   **FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 4 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | NAME OF INDIVIDUAL/PERSONAL INFORMATION |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 4, 5 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF SPECIAL AGENT |
| PARA 4 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
|  | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 59
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CI DEBRIEFING

**DATE:**     JULY 18, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**     CRIMINAL INVESTIGATIVE FILE

**FROM:**     DEA SPECIAL AGENT

**PURPOSE:**     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DRUG RELATED INFORMATION PARA 1 | NAMES OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 10, DRUG RELATED INFORMATION PARA 1, 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 10; PARA 1 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  60
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**          JULY 18,  1998

                                      (   ) **RELEASED**
                                      ( X ) **WITHHELD**

      **TO:**  CRIMINAL INVESTIGATIVE FILE

     **FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 3 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  61
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6) CI DEBRIEFING

**DATE:**  JULY 8, 1998

(    ) RELEASED
( X ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DRUG RELATED INFORMATION PARA 1 | NAMES OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 10, DRUG RELATED INFORMATION PARA 1-3 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |
| BLOCK 6 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   62
**DOCUMENT TYPE:**   REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**          JULY 8, 1998

                                        (   ) **RELEASED**
                                        ( X ) **WITHHELD**
       **TO:**   CRIMINAL INVESTIGATIVE FILE

     **FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3; INDEXING SECTION | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
| PARA 4 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INVESTIGATIVE DETAILS |
| PARA 4 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |
| PARA 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

### PAGE ITEMIZATION

**PAGE NUMBER:**  63
**DOCUMENT TYPE:**  EAVESDROPPING AND/OR CC TV EQUIPMENT (DEA 284)

**DATE:**     JULY 17, 1998

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PART II, BLOCK 10 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF LAW ENFORCEMENT OFFICER |
| PART I, BLOCK 1-8 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY (S)NAME & INVESTIGATIVE DETAILS |
| G-DEP BLOCK | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |
| PART I, BLOCK 1-8 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| PART II, BLOCK 5A | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:**  64
**DOCUMENT TYPE:** FORENSIC CHEMIST WORKSHEET (DEA FORM 86)

**DATE:**  JULY 22, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA FORENSIC CHEMIST

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 1, 16; BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |
| BLOCK 14 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME & SIGNATURE OF FORENSIC CHEMIST |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   65
**DOCUMENT TYPE:**   FORENSIC CHEMIST WORKSHEET (DEA FORM 86)(BACK)

**DATE:**  JULY 22, 1998

                                    ( X ) **RELEASED**
                                    (   ) **WITHHELD**

       **TO:**   CRIMINAL INVESTIGATIVE FILE

     **FROM:**   DEA FORENSIC CHEMIST

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| QUALITATIVE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   66
**DOCUMENT TYPE:**   CHEMIST WORKSHEET

**DATE:** NONE

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA FORENSIC CHEMIST

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| MIDDLE OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   68
**DOCUMENT TYPE:**   CHEMIST WORKSHEET

**DATE:**   JULY 22, 1998

( X )  **RELEASED**
(   )  **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA FORENSIC CHEMIST

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP OF PAGE, MIDDLE OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF FORENSIC CHEMIST & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   69
**DOCUMENT TYPE:**   CHEMIST WORKSHEET

**DATE:**   NONE

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA FORENSIC CHEMIST

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF SUPPORT PERSONNEL |

## PAGE ITEMIZATION

**PAGE NUMBER:**  70, 71
**DOCUMENT TYPE:**  CHEMIST WORKSHEET

**DATE:**  JULY 22, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA FORENSIC CHEMIST

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP OF PAGE; MIDDLE OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS OF FORENSIC CHEMIST & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  72-74
**DOCUMENT TYPE:**  CHEMIST WORKSHEET

**DATE:**  VARIOUS

( X )  **RELEASED**
(   )  **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA FORENSIC CHEMIST

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| MIDDLE OF PAGE; BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS FORENSIC CHEMIST & SUPPORT PERSONNEL |

## PAGE ITEMIZATION

**PAGE NUMBER:**   75-77
**DOCUMENT TYPE:**   CHEMIST WORKSHEET

**DATE:**   JULY 22, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA FORENSIC CHEMIST

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| TOP OF PAGE; MIDDLE OF PAGE; BOTTOM OF PAGE | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES & INITIALS FORENSIC CHEMIST & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 78
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE CLOSING

**DATE:** SEPTEMBER 30, 1994

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & INITIALS OF SPECIAL AGENTS & SUPPORT STAFF |
| DETAILS: PARA 1, 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| PARA 1 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  79
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE STATUS

**DATE:**  SEPTEMBER 1, 1994

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; BOTTOM OF PAGE | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & SUPPORT STAFF |
| DETAILS: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | SUSPECT(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:**   80
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CI DEBRIEFING

**DATE:**   JUNE 3, 1994

**(  ) RELEASED**
**( X ) WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14; DETAILS: DRUG RELATED INFORMATION | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 10, DRUG RELATED INFORMATION | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY(S) NAME & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 2, 10; DRUG RELATED INFORMATION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 81
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE INITIATION

**DATE:**          JUNE 3, 1994

                              ( X ) **RELEASED**
                              (   ) **WITHHELD**

   **TO:**    CRIMINAL INVESTIGATIVE FILE

  **FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DATE OF INITIATION: PARA 1; BASIS OF INFORMATION PARA 2 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| PARA 2; OBJECTIVE: PARA 4 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |
| BLOCK 2; PARA 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA INFORMANT CODE |

## PAGE ITEMIZATION

PAGE NUMBER:
DOCUMENT TYPE:

DATE:

( ) RELEASED
( ) WITHHELD

TO:

FROM:

PURPOSE:

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
| --- | --- | --- | --- |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  82
**DOCUMENT TYPE:**  DEFENDANT DISPOSITION REPORT (DEA 210)

**DATE:**        JANUARY 11, 1991

                                        ( X )  **RELEASED**
                                        (   )  **WITHHELD**

    **TO:**      CRIMINAL INVESTIGATIVE FILE

    **FROM:**    DEA SPECIAL AGENT

**PURPOSE:**     FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 5 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER |
| BLOCKS 24 & 25 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |

PAGE ITEMIZATION

PAGE NUMBER:    83
DOCUMENT TYPE: PERSONAL HISTORY REPORT (DEA 202)

DATE: JUNE 13, 1990

( X ) RELEASED
(   ) WITHHELD

TO:     CRIMINAL INVESTIGATIVE FILE

FROM:   USCS SPECIAL AGENT

PURPOSE:   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 37 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS NUMBERS |
| BLOCKS 2, 38 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP QUALITATIVE & QUANTITATIVE CRITERIA |
| BLOCK 40a | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 84
**DOCUMENT TYPE:** PERSONAL HISTORY REPORT (DEA 202) (2nd PAGE)

**DATE:** JUNE 13, 1990

( X ) **RELEASED**
(    ) **WITHHELD**

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** USCS SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PARA 1, 2; BLOCKS 59, 60, 62, 63; MIDDLE OF PAGE | NAMES, SIGNATURES, & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENT, USCS SPECIAL AGENT, CET INSPECTOR, & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  85
**DOCUMENT TYPE:** REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED
            (DEA 7)
**DATE:**    JUNE 19, 1990

                                    ( X ) **RELEASED**
                                    (   ) **WITHHELD**

    **TO:**     CRIMINAL INVESTIGATIVE FILE

    **FROM:**   TASK FORCE OFFICER

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCKS 17, 18, 23, 34 & 37 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME(S) & SIGNATURES OF SPECIAL AGENT, USCS SPECIAL AGENT, AND SUPPORT PERSONNEL |
| BLOCK 3 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 86
**DOCUMENT TYPE:** DISPOSITION OF DRUG EVIDENCE (DEA 48)

**DATE:** FEBRUARY 4, 1993

**( X ) RELEASED**
**( ) WITHHELD**

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** USCS SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ORIGINATOR; CASE AGENT; APPROVING OFFICIAL; EVIDENCE TECHNICIAN; WITNESS; LABORATORY CHIEF | NAMES, SIGNATURES, & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENT, USCS SPECIAL AGENT, AND SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 87
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) CASE CLOSING

**DATE:**          MARCH 2, 1995

                              ( X ) **RELEASED**
                              (   ) **WITHHELD**

    **TO:**     CRIMINAL INVESTIGATIVE FILE

    **FROM:**   DEA SPECIAL AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 11, 12 & 14 | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENTS & SUPPORT PERSONNEL |

# PAGE ITEMIZATION

**PAGE NUMBER:**   88
**DOCUMENT TYPE:**   REPORT OF INVESTIGATION (DEA 6) CASE STATUS

**DATE:**        MAY 26, 1994

                                          ( X ) **RELEASED**
                                          (   ) **WITHHELD**

   **TO:**     CRIMINAL INVESTIGATIVE FILE

   **FROM:**   USCS SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENT & USCS SPECIAL AGENT |

**PAGE ITEMIZATION**

**PAGE NUMBER:**    89
**DOCUMENT TYPE:**  REPORT OF INVESTIGATION (DEA 6) CASE CLOSING

**DATE:**            JUNE 13, 1990

                                    ( X ) RELEASED
                                    (   ) WITHHELD

**TO:**      CRIMINAL INVESTIGATIVE FILE

**FROM:**    USCS SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5,9, 12 & 14 | NAMES, SIGNATURES & INITIALS OF LAW ENF.  PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES & INITIALS OF SPECIAL AGENT, USCS SPECIAL AGENT, CUSTOMS INSPECTOR, & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**    90
**DOCUMENT TYPE:**    REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

**DATE:**        JUNE 13, 1990

                                        ( X ) **RELEASED**
                                        (    ) **WITHHELD**

    **TO:**  CRIMINAL INVESTIGATIVE FILE

  **FROM:**  USCS SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| WITNESSES SECTION; DETAILS: PARA 1, 2 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF USCS SPECIAL AGENTS, AND CUSTOMS INSPECTORS |

## PAGE ITEMIZATION

PAGE NUMBER:  91
DOCUMENT TYPE:  REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION

DATE:   JUNE 13, 1990

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  USCS SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PARA 3 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF USCS SPECIAL AGENT |