Exhibits 1 thru 17

$Ex. \, \downarrow$

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**MAR 2 7 2006**

Mr. Luis H. Barbosa
Register No. 29500-053
Federal Correctional Institution                    Re:    Appeal No. 06-0069
Post Office Box 7000                                          Request No. 05-0995-P
Fort Dix, NJ  08640                                            DJM:JGM

Dear Mr. Barbosa:

This responds to your letter of March 16, 2006.  Enclosed you will find the additional page that should have been included with my letter of March 8, 2006, to you.  I apologize for any inconvenience this oversight may have caused you.

Sincerely,

Daniel J. Metcalfe
Director

By:
Janice G. McLeod
Senior Counsel

Enclosure

EX. 2

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. CK-98-0095 | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: At: Philadelphia, PA | | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared 1/30/99 | |

9. Other Officers:

10. Report Re: Creation and acquisition of non-drug exhibits occassioned by the trial of
Luis Humberto BARBOSA.

### DETAILS

1.   On 1-25-99, the trial of Luis Humberto BARBOSA opened in U.S. District
Court for the Eastern District of Pennsylvania. On 1-29-1999, a jury found
BARBOSA guilty of the charged crime, one count of possession of a
controlled substance with intent to distribute. The following exhibits
were created in the process of trial preparation and submitted into
evidence during the trial.

Government exhibit 17 consists of non-drug exhibit N-99, Polaroid
photographs of the crime scene, government exhibits 17A and 17B are
enlargements of two of the photographs comprising exhibit N-99. Government
exhibit 21 consists of a photocopy of the DEA 7 pertaining to drug exhibit
1 in this case.

2.   Accordingly, the following new non-drug exhibits came into being as a
result of the creation of government exhibits which were introduced as
evidence at trial and consequently must be maintained pending final
judicial resolution.

| 11. Distribution: Division | 12. Signature (Agent) | 13. Date 1-30-1999 |
|---|---|---|
| District | 14. Approved (Name and Title) | 15. Date |
| Other    SARI | | |

DEA Form   -6
(Aug. 1994)

**DEA SENSITIVE**
**Drug Enforcement Administration**          4-Extra

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 5/80 may be used.

*EX.5*

**U.S. Department of Justice**
Drug Enforcement Administration

---

| **REPORT OF INVESTIGATION** | | Page 1 of 2 |
|---|---|---|

| 1. Program Code | 2. Cross File | Related Files | 3. File No. CK-98-0095 | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: ▮▮▮▮▮▮▮ S/A At Philadelphia, PA | ☐ ☐ ☐ ☐ | | 6. File Title ▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 7. ☐ Closed  ☐ Requested Action Completed    ☐ Action Requested By: | | | 8. Date Prepared 1/30/99 | |
| 9. Other Officers: | | | | |

10. Report Re: Creation and acquisition of non-drug exhibits occassioned by the trial of Luis Humberto BARBOSA.

---

**DETAILS**

1.  On 1-25-99, the trial of Luis Humberto BARBOSA opened in U.S. District Court for the Eastern District of Pennsylvania.  On 1-29-1999, a jury found BARBOSA guilty of the charged crime, one count of possession of a controlled substance with intent to distribute.  The following exhibits were created in the process of trial preparation and submitted into evidence during the trial.  Government Exhibits 1 thru 11 are contained in a black binder and consist of the redacted translated transcripts of audio and video cassette recordings previously acquired.  Government exhibits 1 thru 11 respectively correspond to non-drug exhibits N-43, N-76, N-83, N-47, N-49, N-50, N-54, N-60, N-65, N-87 (1 of 4), and N-87 (3 of 4). Government exhibits 1A thru 10A, 10B, and 11A correspond to non-drug exhibits N-43, N-76, N-83, N-47, N-49, N-50, N-54, N-60, and N-65, 10A and 10B corresponding to N-87 (1 of 4) and 11A corresponding to N-87 (3 of 4). Government exhibit 17 consists of non-drug exhibit N-99, Polaroid photographs of the crime scene, government exhibits 17A and 17B are enlargements of two of the photographs comprising exhibit N-99.  Government exhibit 21 consists of a photocopy of the DEA 7 pertaining to drug exhibit 1 in this case.

2.  Accordingly, the following new non-drug exhibits came into being as a result of the creation of government exhibits which were introduced as evidence at trial and consequently must be maintained pending final judicial resolution.  N-100, the black binder containing the redacted translations and transcriptions of exhibits N-43, N-76, N-83, N-47, N-49, N-50, N-54, N-60, N-65, N-87 (1 of 4), and N-87 (3 of 4).  N-101, the redacted re-recording of exhibit N-87 (1 of 4).  N-102, the redacted re-recording of exhibit N-87 (1 of 4).  N-103, the redacted re-recording of

---

| 11. Distribution: Division | 12. Signature (Agent) ▮▮▮▮▮▮▮ S/A | 13. Date 1-30-1999 |
|---|---|---|
| District | 14. Approved (Name and Title) ▮▮▮▮▮▮▮ G/S | 15. Date |
| Other  SARI | | ㉞ |

DEA Form -6 (Aug. 1994) ▮▮▮▮

**DEA SENSITIVE**
**Drug Enforcement Administration**                    4-Extra
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition dated 5/80 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**FORENSIC CHEMIST WORKSHEET**

Page 1 of 1

| 1. From | 2. Date 7/21/98 | 3. SEALS ☑ Intact ☐ Broken ☐ None | 4. FILE NO. / EXHIBIT NO. / LAB. NO. CK-98-0095/01/124175 |
|---|---|---|---|

**5. DESCRIPTION OF EVIDENCE**

One HSPEE which contained another PEE which contained 94 cylindrical shaped objects wrapped in wax like paper which contained a compressed tan/milk/brown powdery substance. There were also 5 cylindrical objects wrapped in rubber → clear plastic → wax paper which contained a compressed tan/milk/brown powdery substance.

(Total of 99 cylindrical objects).

**6. SUMMARY OF FINDINGS**

Ex #01 contains l-Cocaine Base.

GW → 1,014 g
NW → 882.0 g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 01 | 124175 | l-Cocaine Base | 85% | 749.7 g | 879.9 g |

**13. RESERVE EVIDENCE**

Ex #01 was sealed, placed back into original PEE along w/ original packing & nonopened objects. The PEE was resealed & returned to the E.T.

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED 7/22/98 | 16. ...BY (initials) & DATE 7/23 |
|---|---|---|

**17. REMARKS:**
-4.0 hr
9041.8000

DEA Form – 86 (Aug. 1997)   All previous editions are OBSOLETE.   8/12/98   (64)

EX.5

Case No.: *CK-98-0095*    Exhibit No.: *01*    Lab No.: *124171*

Date Opened: *7/20/88*

Gross Weight: *1,014.2 g*

Net Weight:

*Z.I. → 3.31 g*    *wt. of bag of 25 cont → 226.20 g*
                    *Bag Tare      - 3.31 g*
                    *222.8 g ÷ 25 → 8.91 g / cont × 99 → 882.0 g*

**Evidence Sampling Procedures:**
- *Screened 25 expts (5 w/puller as wax paper).*
- *Combined down for Composite Sample. Where all Screened & Samp results.*

**Qualitative:**

*Screening*
*Marquis → very slight orange.*
*+ Scott's → blue w/ layer change.*
*304 HAc → dissolved slowly no dark.*
*Pt Cl₂ → Crystals Consistent w/ Cocaine*  ▆

*Dragon Plus → Pos. blue (Rxnl).*
*Fefund → neg. test neg.*
*AgNO₃ → neg. ( slight cloudy pos. dissolved w/ HNO₃).*
*TLC/TA → Crystals/result on 2 Cocaine.*

*FT-IR:*
*rxn. stud → Cocaine Base*

*GC-MS: HP5890 to general*
*- Sampl in MeOH*
*- peaks matched rxn. on Cocaine and*
                            *cain alkaloids*

**Quantitation:** *GC   Cocaine*
**Method #:** *NBL #1*

**Standard Weight:** *186.5 mg  ——→ somml Istd + 80ml CHCl₃*
**Date Prepared:** *7/14/88*

**Sample Weight:**

*142.2 mg  ——→ somml Istd + 40ml CHCl₃*

*avg → 85.442 + 85.258/2 → 85 %*    *as the Base*

*Comp. Bag A.A. → 224.1 g*
*B.F. → 226.2 g*
*-2.1 g used in Analysis*
**Reserve Weight:**
*882.0 g - 2.1 g → 879.9 g*

**Special Programs:** *N/A*

**Gross Weight After Analysis:** *1,015 g*

**Date Sealed:** *7/20/88*

DEA Form
(Aug. 1997)  – 66  (Back)

(65)

☆U.S. GPO:1997-432-158/62223

EX.6



CK PROCESS
oi
STAGES

7/24/08

Col. Harol

Handout

(66)

EX. 7



Std. Cocaine Base

*EX.8*

```
File       : C:\HPCHEM\1\DATA\124175.D
Operator   : 22JULY98
Acquired   : 22 Jul 98  10:27 am using AcqMethod GENERAL
Instrument :    5970 MARG
Sample Name: 124175 EX#1
Misc Info  :
Vial Number: 15
```



Ex. 9

Library Searched : C  DATABASE\NBS75K.L
Quality          : 9
ID               : Cocaine



(9)

EX-10

```
File        : C:\HPCHE    \DATA\124175.D
Operator    : 22JULY98
Acquired    : 22 Jul 98  10:27 am using AcqMethod GENERAL
Instrument  :   5970 MARG
Sample Name : 124175 EX#1
Misc Info   :
Vial Number : 15
```





70

EX- 11

```
File       : C:\HPCHE  \DATA\124175.D
Operator   : 22JULY98
Acquired   : 22 Jul 98  10:27 am using AcqMethod GENERAL
Instrument :    5970 MARG
Sample Name: 124175 EX#1
Misc Info  :
Vial Number: 15
```





71

EX.12

```
Data File C:\HPCHEM\1\DATA\JULY22\C1F02001.D          Sample Name: COCAINE HCl STD
    COCAINE HYDROCHLORIDE STANDARD
    PREP'D JULY 14, 1998
==================================================================================
 Injection Date  : 7/22/98 12:47:40 PM                 Seq. Line :   2
 Sample Name     : COCAINE HCl STD                          Vial :   1
 Acq. Operator   : CHARLIE                                   Inj :   1
                                                     Inj Volume : 1 µl
```
---
```
 Sequence File   : C:\HPCHEM\1\SEQUENCE\COCAINE.S
 Acq. Method     : C:\HPCHEM\1\METHODS\COCAINE.M
 Last changed    : 7/22/98 12:45:22 PM by ▮▮▮
 Analysis Method : C:\HPCHEM\1\METHODS\COCAINE.M
 Last changed    : 7/22/98 1:01:06 PM by ▮▮▮
                   (recalibrated in sequence after loading)
 QUANTITATION OF COCAINE USING EICOSANE ISTD AT 215C
 Method: Cocaine NEL#1
```
=====================================================================================



-----------------------------------------------------------------------------------
```
 ================================================================================
   Default Calibration Report (other requested info not available)
 ================================================================================
               ISTD Percent Report (after recalibration)
 ================================================================================

 Sorted by Signal
 Calib. Data Modified    :    Wednesday, July 22, 1998 1:01:06 PM
 Multiplier              :    1.000000
 Dilution                :    100.000000
 Sample Amount           :    186.500000  [mg/ml]
 Uncalibrated Peaks      :    not reported

 Signal 1: FID1 A,

   RT    Type    Area     Amt/Area    Amount   Grp   Name
 [min]                     ratio         %
 |------|------|---------|----------|----------|--|-------------------|
  3.404 BB  +I 5.43742e4   1.00000   53.619305      EICOSANE
  7.130 BB  +  5.90235e4   1.71809   99.999992      COCAINE

 Totals without ISTD(s) :              99.999992
```
=====================================================================================
```
                       *** End of Report ***
```
72

=====================================================================================

EX-13

Calibration Table after Analysis of Data File C1F02002.D

Sequence File      : C:\HPCHEM\1\SEQUENCE\COCAINE.S
This calibration table was calculated during bracketing,
by averaging the calibration runs:

      C:\HPCHEM\1\DATA\JULY22\C1F02001.D      COCAINE HCl STD
      C:\HPCHEM\1\DATA\JULY22\C1F02002.D      COCAINE HCl STD

This calibration table is used for the following sample runs:

      C:\HPCHEM\1\DATA\JULY22\002F0201.D      124175
      C:\HPCHEM\1\DATA\JULY22\002F0202.D      124175

```
================================================================
                        Calibration Table
================================================================
```

QUANTITATION OF COCAINE METHOD USING ISTD EICOSANE @ 215C [NEL#1]

Calib. Data Modified   :      Wednesday, July 22, 1998 1:46:33 PM

Calculate              :      Internal Standard Percent
Based on               :      Peak Areas

Rel. Reference Window  :      5.000 %
Abs. Reference Window  :      0.000 min
Rel. Non-ref. Window   :      5.000 %
Abs. Non-ref. Window   :      0.000 min
Default Multiplier     :      1.000000    (if not set in sample table)
Default Dilution       :      1.000000    (if not set in sample table)
Default Sample Amount  :      0.000000    (if not set in sample table)
Calculate Uncal. Peaks:       No
Partial Calibration    :      Yes, identified peaks are recalibrated
Correct All RTs        :      Yes, even for non-identified peaks

Curve Type             :      Linear
Origin                 :      Forced
Weight                 :      Equal

Recalibration Settings:
   Average Response  : Floating Average New 75%
   Average RT        : Average all calibrations

Calibration Report Options :
   Printout of recalibrations within a sequence:
      Normal Report after Recalibration
   If the sequence is done with bracketing:
      Results of second cycle (starting next bracket)

   Default Sample ISTD Information (if not set in sample table)

| ISTD # | ISTD Amount [mg/ml] | Name |
|--------|---------------------|------|
| 1 | 100.000000 | EICOSANE |

Signal 1 :  FID1 A,

GC 109820 7/22/98 1:46:35 PM 



EX. 14

Calibration Table after Analysis of Data File C1F02002.D

| RT [min] | Sig | Lvl | Amount [mg/ml] | Area | Amt/Area | Ref | Grp | Name |
|----------|-----|-----|-----------------|----------|------------|-----|-----|-----------|
| 3.398 | 1 | 1 | 100.00000 | 5.51172e4 | 1.81432e-3 | +I1 | | EICOSANE |
| 7.117 | 1 | 1 | 186.50000 | 5.98516e4 | 3.11604e-3 | + 1 | | COCAINE |

More compound-specific settings:

Compound: EICOSANE
 RT Window                    :        From 3.028 min To 4.528 min
==================================================================
                  *** End of Report ***





EY. 15

```
Data File C:\HPCHEM\1\DATA\JULY22\002F0201.D
     124175 EX#1 ▉▉▉▉                                    Sample Name: 124175
     (Comp. smpl Calc. as the Base)
```

=========================================================================
```
Injection Date  : 7/22/98 1:03:07 PM          Seq. Line :   2
Sample Name     : 124175                           Vial :   2
Acq. Operator   : ▉▉▉▉▉▉▉                            Inj :   1
                                           Inj Volume : 1 μl
```
-------------------------------------------------------------------------
```
Sequence File   : C:\HPCHEM\1\SEQUENCE\COCAINE.S
Acq. Method     : C:\HPCHEM\1\METHODS\COCAINE.M
Last changed    : 7/22/98 1:14:08 PM by ▉▉▉▉▉
                  (modified after loading)
Analysis Method : C:\HPCHEM\1\METHODS\COCAINE.M
Last changed    : 7/22/98 1:46:33 PM by ▉▉▉▉▉
                  (modified after loading)
QUANTITATION OF COCAINE USING EICOSANE ISTD AT 215C
Method: Cocaine NEL#1
```
=========================================================================



=========================================================================
=========================================================================
                        ISTD Percent Report
=========================================================================
=========================================================================

```
Sorted by Signal
Calib. Data Modified  :   Wednesday, July 22, 1998 1:46:33 PM
Multiplier            :   8.927000e-1
Dilution              :   50.000000
Sample Amount         :   142.199997  [mg/ml]
Uncalibrated Peaks    :   not reported
```

Signal 1: FID1 A,

| RT [min] | Type | Area | Amt/Area ratio | Amount % | Grp | Name |
|------|------|------|------|------|------|------|
| 3.398 | BB +I | 5.57326e4 | 1.00000 | 31.388889 | | EICOSANE |
| 7.131 | BB + | 8.83320e4 | 1.71748 | 85.442780 | | COCAINE |

Totals without ISTD(s) :                    85.442780

=========================================================================
                        *** End of Report ***
=========================================================================



EX 16

Data File C:\HPCHEM\1\DATA\JULY22\002F0202.D
124175 EX#1 ▮▮▮▮                                    Sample Name: 124175
    (Comp. smpl Calc. as the Base)

=========================================================================
Injection Date   : 7/22/98 1:17:39 PM        Seq. Line :    2
Sample Name      : 124175                         Vial :    2
Acq. Operator    : ▮▮▮▮                            Inj :    2
                                        Inj Volume : 1 µl
-------------------------------------------------------------------------
Sequence File    : C:\HPCHEM\1\SEQUENCE\COCAINE.S
Acq. Method      : C:\HPCHEM\1\METHODS\COCAINE.M
Last changed     : 7/22/98 1:16:55 PM by ▮▮▮▮
                   (modified after loading)
Analysis Method  : C:\HPCHEM\1\METHODS\COCAINE.M
Last changed     : 7/22/98 1:46:33 PM by ▮▮▮▮
                   (modified after loading)
QUANTITATION OF COCAINE USING EICOSANE ISTD AT 215C
Method: Cocaine NEL#1
=========================================================================



=========================================================================
                       ISTD Percent Report
=========================================================================

Sorted by Signal
Calib. Data Modified  :      Wednesday, July 22, 1998 1:46:33 PM
Multiplier            :      8.927000e-1
Dilution              :      50.000000
Sample Amount         :      142.199997  [mg/ml]
Uncalibrated Peaks    :      not reported

Signal 1: FID1 A,

| RT [min] | Type | Area | Amt/Area ratio | Amount % | Grp | Name |
|------|------|------|------|------|------|------|
| 3.400 | BB +I | 5.49271e4 | 1.00000 | 31.388889 | | EICOSANE |
| 7.132 | BB + | 8.68690e4 | 1.71748 | 85.259857 | | COCAINE |

Totals without ISTD(s) :                     85.259857   ▮▮▮▮

=========================================================================
                       *** End of Report ***



EX. 17

```
Data File C:\HPCHEM\1\DATA\JULY22\C1F02002.D        Sample Name: COCAINE HCl STD
  COCAINE HYDROCHLORIDE STANDARD
  PREP'D JULY 14, 1998
====================================================================================
  Injection Date  : 7/22/98 1:33:06 PM              Seq. Line :    2
  Sample Name     : COCAINE HCl STD                      Vial :    1
  Acq. Operator   : ██████████                           Inj :    1
                                                  Inj Volume : 1 μl
```
---
```
  Sequence File   : C:\HPCHEM\1\SEQUENCE\COCAINE.S
  Acq. Method     : C:\HPCHEM\1\METHODS\COCAINE.M
  Last changed    : 7/22/98 1:31:10 PM by ████████
                    (modified after loading)
  Analysis Method : C:\HPCHEM\1\METHODS\COCAINE.M
  Last changed    : 7/22/98 1:47:01 PM by ████████
                    (modified after loading)
  QUANTITATION OF COCAINE USING EICOSANE ISTD AT 215C
  Method: Cocaine NEL#1
====================================================================================
```



```
====================================================================================
                      Results of ending previous bracket
====================================================================================
                    ISTD Percent Report (after recalibration)
====================================================================================

  Sorted by Signal
  Calib. Data Modified  :       Wednesday, July 22, 1998 1:46:33 PM
  Multiplier            :       1.000000
  Dilution              :       100.000000
  Sample Amount         :       186.500000  [mg/ml]
  Uncalibrated Peaks    :       not reported

  Signal 1: FID1 A,

     RT     Type      Area      Amt/Area    Amount   Grp   Name
    [min]                        ratio        %
  |------|------|----------|----------|----------|--|------------------|
   3.398  BB   +I 5.53649e4   1.00000   53.619305       EICOSANE
   7.117  BB   +  6.01276e4   1.71748  100.011772       COCAINE

  Totals without ISTD(s) :                  100.011772   ████████

====================================================================================
                            *** End of Report ***
====================================================================================
```