## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Luis Humberto Barbosa** | ) | |
| **Plaintiff - Pro Se,** | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 06-0867 (CKK)** |
| | ) | **(ECF)** |
| **United States Department of Justice,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A
### REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT

Defendant, United States Department of Justice, hereby moves for a three-week

extension of time to file its Reply in Support of its Motion for Summary Judgment ("Reply"),

through and including December 15, 2006.  Good cause exists to grant this motion.

1.  Defendant's Reply is due on November 24, 2006.

2.  Defendant requires additional time to prepare and file a Reply.  This extension is

needed primarily due to the undersigned counsel's schedule, which has included emergency

matters duty during the week of November 20-24, 2006, and preparations for depositions in the

matter of Pardo Kronmenann v. HUD, Civil Action No. 05-0626(JDB), in addition to her normal

case load.

3.  Defendant therefore requests three additional weeks to submit its Reply in Support of

its Motion for Summary Judgment.

4. This is the first extension sought of this deadline.

5. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not

apply to this motion.  Undersigned counsel, therefore, has not obtained his position as to the

relief requested.[1]

WHEREFORE, defendant requests that this enlargement be granted, and that the date for

the Reply be extended to November 15, 2006.  A minute order is requested.

Dated: November 21, 2006.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

---

[1]Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with
"opposing *counsel.*" It does not require counsel to discuss those motions with pro se parties.
Nonetheless, it has been the general practice of this office to attempt to discuss such motions
with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil
Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-
and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any
nonprisoner pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2006, I caused the foregoing Motion for Extension of Time to File a Reply in Support of Defendant's Motion for Summary Judgment to be served on Plaintiff, postage prepaid, addressed as follows:

LUIS HUMERTO BARBOSA
REG. 29500-053
FCI-Fort Dix - West
P.O. Box 7000
Fort Dix, NJ 08640

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851