UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS HUMBERTO BARBOSA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 06-0867 (CKK) |
| ) | (ECF) |
| U.S. DEPARTMENT OF JUSTICE ) | |
| DRUG ENFORCEMENT ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A**
**REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT**

Defendant, United States Department of Justice, hereby moves for a three-week extension of time to file its Reply in Support of its Motion for Summary Judgment ("Reply"), through and including December 19, 2006.  Good cause exists to grant this motion.

1.  Defendant's Reply is due on December 15, 2006.

2.  Defendant requires additional time to prepare and file a Reply.  This extension is needed primarily due to the extensive computer network difficulties experienced by undersigned counsel's office during the past two days.

3.  Defendant therefore requests two additional business days to submit its Reply in Support of its Motion for Summary Judgment.

4. This is the second extension sought of this deadline.

5. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion.  Undersigned counsel, therefore, has not obtained his position as to the

relief requested.[1]

WHEREFORE, defendant requests that this enlargement be granted, and that the date for the Reply be extended to December 19, 2006. A minute order is requested.

Dated: December 15, 2006.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December 2006, I caused the foregoing Motion for Extension of Time to File a Reply in Support of Defendant's Motion for Summary Judgment to be served on Plaintiff, postage prepaid, addressed as follows:

LUIS HUMERTO BARBOSA
REG. 29500-053
FCI-Fort Dix - West
P.O. Box 7000
Fort Dix, NJ 08640

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851