IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 2 0 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

LUIS HUMBERTO BARBOSA,            )
                                  )
     Plaintiff - Pro Se,          )
                                  )
                                  )
Vs.                               )  Civil Case No. 06-0867 (CKK)
                                  )  (ECF)
                                  )
UNITED STATES JUSTICE DEPARTMENT, )
DRUG ENFORCEMENT ADMINISTRATION,  )
                                  )
     Defendant.                   )
_____)

## MOTION FOR SUBPOENAS DUCES TECUM

Plaintiff, Luis Humberto Barbosa, appearing pro se in the above captioned Civil Action now files his Motion for production of two (2) blank Subpoenas Duces Tecum Forms signed and sealed for obtaining documents/records in discovery relevant to the above Civil Action case that the plaintiff has been unable to obtained by other means.

1.   Documents/records sought are fully in accord with plaintiff's allegations in his Civil Action case.

2.   Documents/records will served to support plaintiff's further allegations in his Civil Action case.

3.   This is plaintiff's second petition for Subpoenas Duces Tecum Forms. The first petition was filed with the Clerk of the Court on November 23, 2006 (see, attachment).

4.   Good cause exists for granting the production of the forms requested.

Wherefore, and for all of the above reasons and in the interest of justice, plaintiff prays that this Honorable Court would grant

freely plaintiff's "Motion For Subpoenas Duces Tecum."

                                                    Respectfully submitted,

Executed on 12/18/2006.

                                      Luis Humberto Barbosa #29500-053
                                      FCI Fort Dix - Camp
                                      P.O. Box 1000
                                      Fort Dix, New Jersey 08640

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*********************************

November 23, 2006

Clerk Of The Court
United States District Court
For The District Of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: BARBOSA V. U.S. JUSTICE DEPT'S AND DEA
    Civi Case No. 1:06-cv-867

Dear Clerk Of The Court:

   Please send me two copies of a **Subpoena Deces Tecum** form to obtain the documents in discovery needed and relevant in the above referenced Civil Action Case that plaintiff has not been able to obtain through other means.

   Thank you for your time and patience in this matter.

                                            Respectfully submitted,

                                            _____
                                            Luis H. Barbosa, Plaintiff-Pro Se
                                            Reg. 29500-053
                                            FCI Fort Dix - Camp
                                            P.O. Box 1000
                                            Fort Dix, New Jersey 08640

Cc:FILE