UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Luis Humberto Barbosa, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0867 (CKK) |
| | : | |
| Department of Justice, | : | |
| | : | |
| Defendant. | : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion for summary judgment [Dkt. No. 17] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: April 23, 2007